IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO: 0:18-557 |
| | ) |
| v. | ) **ORDER FOR** |
| | ) **BENCH WARRANT** |
| DARRYL HEMPHILL | ) |
| a/k/a "D" | |
| a/k/a "D-Hemp" | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, DARRYL HEMPHILL, a/k/a "D", a/k/a "D-Hemp", as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina
June 5, 2018

Sherri A. Lydon
UNITED STATES ATTORNEY

By: _____
William K. Witherspoon (#05945)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Telephone: (803) 929-3000
william.k.witherspoon